AO 243 (Rev. 2/95)

2:05CV1016-F

## MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| JIMMY CARTER JR., | 10986-002 | CR.NO.02-007-N |

Place of Confinement:
F.C.I. MEMPHIS TN. 38184  P.O. BOX 34550

UNITED STATES OF AMERICA  V.  JIMMY CARTER
(name under which convicted)

### MOTION

1. Name and location of court which entered the judgment of conviction under attack
   **UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA BOX 711 MONTGOMERY ALABAMA 36101**

2. Date of judgment of conviction:
   **JUNE 19, 2003**

3. Length of sentence
   **360 MONTHS**

4. Nature of offense involved (all counts)
   **21 U.S.C. § 841 (a)(1 and 846 CONSPIRACY**

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 243  (Rev 2/95)

9. If you did appeal, answer the following:

   (a) Name of court    **UNITED STATES APPEALS COURT FOR THE ELEVENTH CIRCUIT**

   (b) Result    **AFFIRMED  ON BOTH, APPEAL COURT AND PETITITON FOR REHEARING EN BANC**

   (c) Date of result   **AFFIRMED FROM DIRECT APPEAL ON AUGUST 2, 2004**
   **AFFIRMED FROM PETITION FOR REHEARING EN BANC OCTOBER 27, 2004**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court

        (2) Nature of proceeding

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☐

        (5) Result

        (6) Date of result

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Name of proceeding

        (3) Grounds raised

(3)

AO 243   (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243    (Rev. 2/95)

   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
   (e) Conviction obtained by a violation of the privilege against self-incrimination.
   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   (g) Conviction obtained by a violation of the protection against double jeopardy.
   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
   (i) Denial of effective assistance of counsel.
   (j) Denial of right of appeal.

A. Ground one:

"SEE "ATTACHMENT 5 OF 5 FOR ALL GROUNDS RAISED IN THIS SECTION 2255 AND SUPPORTING FACTS WITHOUT CITING CASE LAW:

Supporting FACTS (state *briefly* without citing cases or law):

B. Ground two:

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law):

(5)

"ATTACHMENT PAGE 5 OF 5"
TO PETITIONER'S § 2255 APPLICATION
"ISSURE PRESENTED FOR ALL GROUNDS RAISED IN THIS SECTION 2255 MOTION"

(1). WHETHER DRUG QUANTITY ARE ESSENTIAL ELEMEMTS OF THE OFFENSE OF 21 U.S.C. SECTION 841(a)(1) THAT MUST BE CHARGED IN THE INDICTMENT FOUND BY A JURY AND PROVEN BEYOND A REASONABLE DOUBT.

(2). WHETHER THE PETITIONER WERE HELD IN UNCONSTITUTIONAL DETENTION FOR MORE THAN FORTY (45) MINUTES DURING A ROUTINE TRAFFIC STOP "BEYOND CITATION" FOR SPEEDING IN VIOLATION OF PETITIONER'S FOURTH AMENDMENT RIGHT TO THE CONSTITUTION.

(3). WHETHER THE DISTRICT COURT "LACK JURISDICTION" TO IMPOSE THE ENHAMCED JUDGEMENT ON PETITIONER'S SENTENCE UNDER THE U.S.S.G. OF MORE THAN THREE YEARS ON HIS PRIOR CONVICTIONS WITHOUT GIVING NOTICE AND COMPLYING PURSUANT TO 21 U.S.C. § 851(a)(1) AND (B) AND WHERE COUNLES FAILURE TO CHALLENGE THE ACCURACY OF PETITIONER'S PRIOR CONVICTIONS BEFORE THE COURT OR IN OPEN COURT.

(4). WHETHER COUNSEL MAURICE BELL CONSTITUTED INEFFECTIVE ASSISTENCE OF COUNSEL FOR FAILURE TO CHALLENGE AND OBJECT TO THE ALLEGATIONS OF FACTUAL INACCURACY IN THE P.S.I. REPORT AS REQUIRED UNDER FED.R.CRIM. P. 32(i)(3)(B) AND THE U.S.S.GUIDELINES SECTION 6A1.3.

( ). WHETHER PETITIONER'S INDICTMENT ARE FATALLY DEFECTIVE FOR FAILURE TO CHARGE THE ONE ELEMENT ("PARTICIPATE") UNDER THE OFFENSE OF 21 U.S.C. § 846 AND WHETHER ("PARTICIPATE") ARE AN ELEMENT UNDER 21 U.S.C. § 846 THAT "MUST" BE CHARGED IN THE INDICTMENT.

(6). WHETHER PETITIONER'S SIXTH AMENDMENT RIGHT TO TRIAL BY A JURY WERE VIOLATED UNDER IN RE WINSHIP / APPRENDI / BLAKELY / BOOKER / AND WHETHER COUNSEL DONALD MADISON WERE INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILURE TO AMEND AND ARGUE BLAKELY / BOOKER / WHILE PETITIONER WERE PENDING DIRECT APPEAL OR REVIEW.

(7). WHETHER PETITIONER CARTER'S COUNSEL MAURICE BELL WERE INEFFECTIVE ASSISTANCE OF COUNSEL DURING PRE-TRIAL AND TRIAL FOR FAILURE TO TIMELY FILE NOTION TO SUPPRESS THE EVIDENCE.

(8). WHETHER PETITIONER'S INDICTMENT ARE FATALLY DEFECTIVE FOR FAILURE TO CHARGE THE "ONE ELEMENT" ("ACTUAL OR CONSTRUCTIVE POSSESSIQN") UNDER THE OFFENSE OF 21 U.S.C. SECTION 841(a)(1) AND WHETHER ("ACTUAL OR CONSTRUCTIVE POSSESSION") ARE ELEMENTS UNDER SECTION 841(a)(1) THAT "MUST" BE CHARGED IN THE INDICTMENT SUBMITTED TO A JURY AND PROVEN BEYOND A REASONABLE DOUBT.

AO 243    (Rev 2/95)

   D.   Ground four:        "SEE ATTACHMENT 5 OF 5" OF ALL GROUNDS RAISED IN THIS § 2255 MOTION

   Supporting FACTS (state *briefly* without citing cases or law):

   "SEE ATTACHMENT 5 OF 5" FOR ALL GROUNDS RAISED IN THIS SECTION 2255 MOTION AND SUPPORTING FACTS WITHOUT CITING CASE LAW:

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein

    (a) At preliminary hearing

    (b) At arraignment and plea

    (c) At trial

    (d) At sentencing

(6)

AO 243    (Rev. 2/95)

    (e) On appeal

    (f) In any post-conviction proceeding

    (g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
   Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**10/17/05**
Date

_____
*Jim Carter*
Signature of Movant

(7)