

"EXHIBIT (C)"

U.S.A. v. Jimmy Carter, Jr.                                                                 Presentence Investigation Report
Dkt. No. 2:02CR00007-001

### Adult Criminal Convictions

|    | Date of Arrest | Conviction/ Court | Date Sentence Imposed/ Disposition | Guideline/ Points |
|----|---|---|---|---|
| 36. | 12/05/84 (Age 18) | Robbery, 2nd Degree/Circuit Court, Montgomery County, Alabama, Case No. CC-85-005 | 04/05/85: 3 years imprisonment  06/19/86: Released end of sentence | 4A1.1(a)  3 |

The defendant was represented by counsel. On December 4, 1984, Bonnie Gilchrist of Montgomery reported that as she approached the front door of her home at approximately 5:00 p.m., a man snatched her purse from her arm, causing her to fall and break her hand. The purse contained $50 in currency and several credit cards.

Investigation led to the arrest of the defendant and three other men. The defendant denied that he actually took the purse, however, two of his co-defendant's implicated the defendant in the actual purse snatching.

|    | Date of Arrest | Conviction/ Court | Date Sentence Imposed/ Disposition | Guideline/ Points |
|----|---|---|---|---|
| 37. | 12/05/84 (Age 18) | Robbery, 2nd Degree/Circuit Court, Montgomery County, Alabama, Case No. CC-85-006 | 04/05/85: 3 years imprisonment, concurrent with case no. CC-85-005  06/19/86: Released end of sentence | 4A1.1(a)  3 |

The defendant was represented by counsel. On November 30, 1984, Rosemary Pebworth reported that her purse was snatched after she exited her car in front of her home. She advised police that as one man spoke with her, she was grabbed from behind by another man who grabbed her purse. Ms. Pebworth advised police that the man who grabbed her purse dragged her into the street when she would not let go of the purse.

The defendant acknowledged to police that he was involved in this offense, but again denied that he was the person who actually took the purse.