"EXHIBIT (E)" "(E)"

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:05cv61-F |
| JIMMY CARTER, JR. | ) |
| *and* | ) |
| ARTRONE CHEATHAM. | ) |

**O R D E R**

The movants, through counsel, have filed a pleading styled as a *"Motion to Set Aside and/or Vacate Sentence; or in the Alternative Motion to Amend"* (Doc. 1), wherein they challenge the sentences imposed upon them by this court in 2003 for violations of various federal controlled substance laws.

In challenging their sentences, the movants seek to utilize the provisions of Rule 35 of the Federal Rules of Criminal Procedure. However, that rule does not authorize an attack on the sentences in this case. Rule 35(a), *Fed.R.Crim.P.*, provides that "[w]*ithin 7 days after sentencing*, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." (Emphasis added.) Sentencing for both movants took place on September 29, 2003. The present motion was filed on January 24, 2005. Thus, assuming (without so finding) that the movants set forth claims falling under the ambit of Rule 35(a), an attempt to challenge their sentences under that rule would be untimely. Furthermore, Rule 35(b), *Fed.R.Crim.P.*, provides for the reduction of a sentence, "[u]pon the government's motion," based upon a defendant's providing "substantial assistance in investigating or prosecuting

another person." Consequently, Rule 35(b) does not afford the movants a vehicle for attacking their sentences.

The movants, alternatively, move to "alter, vacate or amend the sentence pursuant to Title 28 U.S.C. 2255." A review of the claims presented by the movants indicates that they seek relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open two (2) separate civil actions -- one for each movant -- under 28 U.S.C. § 2255. The Clerk is advised that the case number of the present civil action shall be assigned to Jimmy Carter, Jr.;

2. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned;

3. Place a copy of the jointly filed motion in the newly opened case file; and

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 14th day of April, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE