"EXHIBIT (G)"   (G)

Atty: Donald Madison  7/11/04
418 Scott St
Montgomery Ala

To Mr. Madison, Due to the new Supreme Court ruling on (Blakely vs Wash) I'm requesting you to amend that to my appeal I will call you next month when I receive my minutes or if my counselor allows me to have a free attorney phone call either way please amend Blakley to my appeal Because we were sentenced By the Judge to a Drug amount that wasn't alledge in our Indictment or proven Beyond a Reasonable Doubt.

Thank you.
Jim Carter - 10986-002
FCI Memphis Tenn
38184-0055

"EXHIBIT (G)"

Atty: Donald Madison
418 Scott Street
Montgomery, Ala

1/18/05

Don the Supreme court has announced another new ruling on (U.S vs Booker/Fanfan) and again I ask that you amend this to my appeal. I have talked with you on Different occasions after (Blakley vs wash) had Been Decided and you told me you were going to amend it to my Direct appeal and when I check to see if it had Been amended the Clerk of office said they never received anything and I'm asking that you amend Booker to my appeal Because we were sentenced In violation of our Sixth Amendment right to a trial by Jury. I'm praying that you will present these issues to the Courts in our Behalf

Thank you

Jim Carter  10986-002
FCI Memphis Tenn
38184-0550