IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1016-F |
| | ) | |
| JIMMY CARTER, JR. | ) | |

**ORDER ON MOTION**

Now pending before the court is the application to proceed without prepayment of fees (Doc. 3) filed by the movant, Jimmy Carter, Jr., in conjunction with his motion to vacate, set aside, or correct sentence. *See* 28 U.S.C. § 2255. There is no filing fee required for a motion to vacate filed pursuant to 28 U.S.C. § 2255. Accordingly, upon consideration of the application to proceed without prepayment of fees, it is

ORDERED that the application be and is hereby DENIED as moot.

Done this 31st day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE