IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1016-F |
| | ) | |
| JIMMY CARTER, JR. | ) | |

**ORDER ON MOTION**

The movant, Jimmy Carter, Jr., has filed a pleading styled as a "Separate Memorandum Motion" (Doc. 2) in support of his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Contained within this pleading (*see* pp. iv - v) are Carter's (1) motion for an evidentiary hearing, (2) motion for discovery, and (3) motion for appointment of counsel. Upon consideration of these motions, and for good cause, it is

ORDERED that these motions be and are hereby DENIED at this time.

Done this 3rd day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE