RECEIVED

2005 NOV 21 P 3: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05cv1016-F |
| | ) | |
| JIMMY CARTER, JR. | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AFFIDAVIT IN RESPONSE TO § 2255 MOTION OF DEFENDANT JIMMY CARTER, JR.

COMES NOW counsel Maurice S. Bell (hereinafter referred to as Bell) and files this Motion for Enlargement of Time to File Affidavit in Response to § 2255 Motion of Defendant Jimmy Carter, Jr. As grounds, Bell would show unto this Court the following:

1. This Honorable Court issued an Order on October 31, 2005, in which it ordered counsel, the undersigned Maurice Bell, to file an affidavit response to the § 2255 Motion filed by the Defendant Jimmy Carter, Jr., within twenty (20) days of said Order.

2. During the last two (2) weeks Bell has been experiencing health problems (bladder and other health problems) which have required medical treatment.

3. Additionally, my son is getting married in Texas and I have been planning to attend the wedding of my son and I planned a trip of ten (10) days to travel to Texas for the wedding.

WHEREFORE, THE PREMISES CONSIDERED, Maurice S. Bell respectfully requests that this Honorable Court grant an enlargement of time in which I may file my affidavit response to the § 2255 motion filed in this case.

                Respectfully submitted,

                */s/ Maurice S. Bell*
                MAURICE S. BELL
                609 South McDonough Street
                Montgomery, Alabama 36104-5811
                Telephone (334) 262-2719

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties by depositing a copy of the same in the United States mail, postage prepaid, on this the 21st day of November, 2005.

Honorable Todd A. Brown
Assistant United States Attorney
Office of the United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Donald G. Madison
Attorney at Law
418 Scott Street
Montgomery, Alabama 36104

Jimmy Carter, Jr. 10986-002
Delta B
Federal Correctional Institution
Post Office Box 34550
Memphis, Tennessee 38138-0550

                */s/ Maurice S. Bell*
                MAURICE S. BELL