**DONALD G. MADISON**
ATTORNEY AT LAW
418 SCOTT STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE 334/263-4800

FACSIMILE 334/265-8511

November 15, 2004

Mr. Jim Carter
10986-002
Delta B
Federal Correctional Institution
Post Office Box 34550
Memphis, Tennessee 38138-0550

    Re:   USA v. Jimmy Carter and Artrone Cheatham

Dear Jimmy:

I have enclosed a copy of the Order denying our Request for Rehearing En Banc.

You and Artrone have 60 days to decide to file a Petition for Writ of Certiorari to the United States Supreme Court. A Writ will cost a minimum $2,500.00 to print (the briefs have to be printed). I will need these costs at least 30 days before the 60 days runs out (no later than November 26, 2004). I cannot do this without having these costs in advance.

If you have any questions about this, please call me.

                          Sincerely,

                          Donald G. Madison

DGM/ac

Enc.