

# DONALD G. MADISON
ATTORNEY AT LAW

418 SCOTT STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE 334/263-4800

FACSIMILE 334/265-8511

January 14, 2005

Mr. Jimmy Carter 10986-002
Delta B
Federal Correctional Institution
Post Office Box 34550
Memphis, Tennessee 38138-0550

    Re:    United States of America vs. Jimmy Carter

Dear Jimmy:

It was good hearing from you when we talked by telephone yesterday. I wanted to remind you that the deadline for your filing of a Petition for Writ is January 25, 2005. I had previously written you a letter informing you of the deadline in which I requested that you inform me of your intent regarding the filing of the Petition no later than December 27, 2005.

Your lack of notification to me stating that you wished a Petition to be filed on your behalf in the Supreme Court, as well as your lack of providing the economic means for such filing, confirmed to me that I shall not file a Petition for Writ with the Supreme Court on your behalf.

However, I can and will file a 2255 Petition/Motion on your behalf in this matter. This shall not involve the extremely costly printing of a Petition for Writ of Certiorari to the United States Supreme Court. Also, this is a reminder that the deadline for your filing Petition for Writ with the Supreme Court is, as stated above, January 25, 2005.

It was good to hear from you; I hope all is going well under the circumstances.

                                   Sincerely,

                                   Donald G. Madison

DGM/bj