IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1016-F |
| | ) | |
| JIMMY CARTER, JR. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file affidavit, filed on November 21, 2005, by attorney Maurice S. Bell (Doc. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Mr. Bell be GRANTED an extension from November 21, 2005, to and including December 5, 2005, to file an affidavit addressing the claims of ineffective assistance of counsel presented against him in Jimmy Carter, Jr.'s 28 U.S.C. § 2255 motion, in compliance with this court's order entered on October 31, 2005.

Done this 23rd day of November, 2005.

　　　　　　　　　　　　　　　　／s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE