IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CARTER, JR. ) | |
| ) | CV. NO. 05-cv-1016 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA. ) | |

MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. This Court has granted Maurice Bell through December 5, 2005, to file his affidavit regarding his representation of Petitioner in the underlying criminal case.

2. On December 14, 2005, the undersigned Assistant United States Attorney has oral argument on another case in Atlanta, Georgia.

3. This Court generally permits the United States at least ten (10) days after receipt of counsels' affidavits to fully respond to ineffectiveness claims raised in habeas petitions.  However, in this case, the undersigned's preparation for oral argument conflicts with the review and preparation of a detailed response in this case.

4. Therefore, the undersigned requests that the deadline for the United States' response be extended seven (7) days

beyond the customary date of December 15, 2005, to December 22, 2005.

Respectfully submitted on this the 29th day of November, 2005.

>LEURA GARRETT CANARY
>UNITED STATES ATTORNEY
>
>/s/ Todd A. Brown
>TODD A. BROWN
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>(334) 223-7280
>(334) 223-7135 fax
>todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CARTER, JR. ) | |
| ) | CV. NO. 05-cv-1016 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA. ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Jimmy Carter, Jr., #10986-002, Delta B, Federal Correctional Institution, P.O. Box 34550, Memphis, TN 38138-0550.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
todd.brown@usdoj.gov