IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 DEC -5  P 4:49

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 2:05cv1016-DISTRICT AL. |
| | ) |
| JIMMY CARTER, JR. | ) |

**STATE OF ALABAMA**     )
                                            :
**COUNTY OF MONTGOMERY**  )

### AFFIDAVIT OF MAURICE S. BELL

BEFORE ME, the undersigned Notary Public in and for the State of Alabama at Large, personally appeared Maurice S. Bell, who after first being duly sworn by me upon his oath, did depose and say as follows:

"My name is Maurice S. Bell. I am over the age of nineteen years and a resident of Montgomery County, Alabama. I am a practicing attorney at law with my principal office being located in Montgomery, Alabama. I was the attorney representing the Defendant Jimmy Carter, Jr. in the Case Number CR-02-007-N. Mr. Carter has filed an § 2255 Motion in which he makes claims of ineffective assistance of counsel against me.

I made general objections to the Pre-Sentencing Guidelines stating that said Guidelines were unconstitutional in their application. I further objected that the Guideline sentences in this case were excessive under the circumstances of the case.

Further objection would have been trivial due to the fact that the unconstitutionality of the Guidelines had already been tested in the Courts and have been upheld.

1

I labored many hours on this particular case. I had numerous discussions with the Defendant Carter together with meetings with the probation office and the United States Attorney Office. The Judge's granting of Defendant's Suppression Motion and her subsequent reversal doomed the case for the Defendant. At that point I hope that one day the Guidelines can be amended to reverse the severity of the sentence."

FURTHER AFFIANT SAITH NOT.

AFFIANT:

MAURICE S. BELL

**SWORN TO and SUBSCRIBED before me on this the 5th day of December, 2005.**

NOTARY PUBLIC
My Commission Expires July 15, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following parties by depositing a true and correct copy of the foregoing document in the United States mail, postage prepaid, on this the 5th day of December, 2005.

Honorable Todd A. Brown
Assistant United States Attorney
Office of the United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Donald G. Madison
418 Scott Street
Montgomery, Alabama 36104

Jimmy Carter, Jr. 10986-002
Delta B
Federal Correctional Institution
Post Office Box 34550
Memphis, Tennessee 38138-0050

OF COUNSEL

2