IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 02-007-N |
| v. ) | [21 USC 841(a)(1)] |
| ) | |
| JIMMY CARTER, JR. ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

That on or about July 25, 2001, in Montgomery County, in the Middle District of Alabama, the defendant,

JIMMY CARTER, JR.,

did knowingly and intentionally possess with intent to distribute approximately 84.28 grams of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

That on or about July 25, 2001, in Montgomery County, in the Middle District of Alabama, the defendant,

JIMMY CARTER, JR.,

did knowingly and intentionally possess with intent to distribute approximately 28.42 grams of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

That on or about January 14, 2002, in Elmore County, in the Middle District of Alabama, the defendant,

JIMMY CARTER, JR.,

did knowingly and intentionally possess with intent to distribute 50 grams or more of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

That on or about January 14, 2002, in Elmore County, in the Middle District of Alabama, the defendant,

JIMMY CARTER, JR.,

did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
TODD A. BROWN
Assistant United States Attorney