The Law Clerk of Magistrate Judge Charles Coody   RECEIVED
United States District Court of Alabama
P.O. Box   711
Montgomery, Alabama 36101-0711                     2006 JAN -9  A 10: 00

                        **MOTION FOR EXTENSION**
Dear Law Clerk:                                    ~~DEBRA P. HACKETT, CLK~~
                                                   ~~U.S. DISTRICT COURT~~
                                                   ~~MIDDLE DIST. OF ALA~~

       I am sending you a copy of the Envelope that contained the

response response from the government on my 2255 motion.  As you

can see I received this response on the 3rd day of January 2006,

and my reply is due on the 10th day of January 2006.  I am asking

the court for a continuance on my 2255 motion, due to the fact

that 7 days is not sufficient time for me prepare a response.

The attached page contain's the date and the officers signature

of when the package was delivered to me. I am requesting a 10 day extension.

       I pray that the court grant me a continuance in this matter.

I would like to thank you for your time. see exhibit-A- attachment


 Jimmy Carter Jr.  Vs.  United States,
Case No: 05cv1016-F
CR NO:   02-07-N


                                    Respectfully Submitted
                                    Jim Carter Jr
                                    Jim Carter Jr.
                                    Reg No: 10986-002
                                    P.O. BOX 34550
                                    Memphis, TN 38184-0550

# CERTIFICATE OF SERVICE

I, -Jim Carter Jr. _____ hereby certify that I have served a true and correct copy of the foregoing.

    Letter asking for a continuance on my 2255 motion ,
    Case No: 05cv1016-F
    CR NO:  02-07-N

upon the defendant/defendants and/or his attorney/attorneys of record by placing same in a sealed postage paid envelope to:

    The Clerk of Magistrate Judge Charles Coody, United States District
    Court of Alabama, P.O. Box 711, Montgomery, Alabama 36101-0711;

    United States Attorney, Middle District of Alabama, P.O. Box 197,
    Montgomery, Alabama 36101-0197;

and deposited in the United States mail at FCI Memphis,
on this   5th            day of  January                    20  06

I hereby declare under penalty of perjury the above is true and correct 28 U S C § 1746

                                        /S/ _____

**U.S. Department of Justice**

**United States Attorney**
*Middle District of Alabama*

P.O. Box 197
Montgomery, Alabama 36101-0197

Official Business

Off, Hobbs
gave
1-3-06
A. Hobbs

"EXHIBIT (A)"

**U.S. Department of Justice**

**United States Attorney**
*Middle District of Alabama*
P.O. Box 197
Montgomery, Alabama 36101-0197

Official Business
Penalty for Private Use $300

Jimmy Carter, Jr.
#109 86-002
FCI - Memphis
Bx 34550
Memphis TN 38134

No Postage Stamp

See This is front
of Envelope