IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1016-F |
| | ) | |
| JIMMY CARTER, JR. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, Jimmy Carter, Jr., on January 10, 2006 (Doc. # 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the movant be GRANTED an extension from January 10, 2006, to and including January 20, 2006, to file a reply to the government's response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on December 23, 2005.

Done this 13th day of January, 2006.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE