Exhibit 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUN 19 2003
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA,      )
                                )
                                )
v.                              )      CR. NO. 02-07-N
                                )
ARTRONE CHEATHAM,               )
  a/k/a "MOOCHIE"               )

### VERDICT

1. We, the Jury, find the Defendant Artrone Cheatham:

    _____ Not Guilty
    \_\_\_X\_\_\_\_ Guilty

    as charged in Count One of the superseding indictment.

    [NOTE: If you find the Defendant "Guilty" as charged in Count One, proceed to paragraph 1(a) below. If you find the Defendant "Not Guilty" as charged in Count One, you need not consider paragraph 1(a) below, but should proceed to date and sign the verdict.]

1(a). We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

    Cocaine base ("crack" cocaine) --
    (i)    Weighing 50 grams or more        ☒
    (ii)   Weighing 5 grams or more         ☐
    (iii)  Weighing less than 5 grams       ☐

SO SAY WE ALL.

Date: 19 June 03

Betty Johnson
Foreperson

257

paragraph 2(a) below. If you find the Defendant "Guilty" as charged in Count Two, you need not consider paragraph 2(a) below, but should proceed to # 3.]

    2(a).    We, the Jury, having found the Defendant Jimmy Carter, Junior not guilty of the offense as charged in Count Two, now find the Defendant

    _____ Not Guilty
    _____ Guilty

Of the lesser included offense in Count Two of possession of a controlled substance.

3.    We, the Jury, find the Defendant Jimmy Carter, Junior:

    \_\_\_\_X\_\_\_\_ Not Guilty
    _____ Guilty

as charged in Count Three of the superseding indictment.

[NOTE: If you find the Defendant "Not Guilty" as charged in Count Three, proceed to paragraph 3(a) below. If you find the Defendant "Guilty" as charged in Count Three, you need not consider paragraph 3(a) below, but proceed to # 4.]

    3(a).    We, the Jury, having found the Defendant Jimmy Carter, Junior not guilty of the offense as charged in Count Three, now find the Defendant

    _____ Not Guilty
    \_\_\_\_X\_\_\_\_ Guilty

Of the lesser included offense in Count Three of possession of a controlled substance.

4.    We, the Jury, find the Defendant Jimmy Carter, Junior:

    _____ Not Guilty
    \_\_\_\_X\_\_\_\_ Guilty

as charged in Count Four of the superseding indictment.

[NOTE: If you find the Defendant "Guilty" as charged in Count Four, proceed to paragraph 4(a) below. If you find the Defendant "Not Guilty" as charged in Count Four, you need not consider paragraph 4(a) below, but should proceed to # 5.]