"EXHIBIT (D)"

"(D)"

2

1   (The above case coming on for hearing at Montgomery,
2   Alabama, September 23, 2003, before Honorable Mark E. Fuller,
3   Judge, the following proceedings were had commencing at 10:38
4   a.m.:)
5         THE COURT: The next case will be United States of
6   America versus Jimmy Carter. The attorneys can get in place,
7   we will take a ten minutes recess before we proceed with this
8   sentencing.
9         THE CLERK: Court will be in recess ten minutes.
10        (At which time, 10:38 a.m., a recess was had until
11  10:50 a.m., at which time the hearing continued.)
12        THE COURT: Is the government prepared to go forward
13  in the case of United States of America versus Jimmy Carter?
14        MR. BROWN: Yes, Your Honor.
15        THE COURT: Is the defense prepared, Mr. Bell?
16        MR. BELL: Yes, Your Honor.
17        THE COURT: Are there any objections, Mr. Bell,
18  before we proceed?
19        MR. BELL: Your Honor, there are no objections to
20  the contents what so ever of the presentence investigation
21  report. Our only objection is -- and I have always stated --
22  is to the guidelines itself. I mean to the -- I think it's
23  repressive, you understand. And the controversy about it in
24  Congress and so forth. But as far as the inserts in here and
25  what the probation officer has stated --