"EXHIBIT (G)".              (G)

Atty: Donald Madison                                       7/11/04
418 Scott St
Montgomery Ala

To Mr. Madison, Due to the new Supreme Court ruling on (Blakley vs Wash) Im requesting you to amend that to my appeal I will call you next month when I receive my minutes or if my canceler allows me to have a free attorney I'll call either way please amend Blakley to my appeal Because we were sentenced By the Judge to a Drug amount that wasn't alledge in our Indictment or proven beyond a reasonable Doubt.

Thank you
Jim Carter - 10986-002
FCI Memphis Tenn
38184-0055