"EXHIBIT (H)"    (H)

Atty: Donald Madison                                1/18/05
418 Scott Street
Montgomery, Ala.

  Don the Supreme court has announced another new ruling on (U.S vs Booker/Fanfan) and again I ask that you amend this to my appeal. I have talked with you on Different occasions after (Blakley vs Wash) had Been Decided and you told me you were going to amend it to my Direct appeal and when I check to see if it had Been amended the Clerk of office Said they never recieved anything and I'm asking that you amend Booker to my appeal Because we were sentenced In violation of our Sixth Amendment right to a trial by Jury. I'm praying that you will present these issues to the Courts in our Behalf

                          Thank you
                    Jim Carter  10986-002
                    FCI Memphis Tenn
                              38184-0550