IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR -3  A 9: 54

JIMMY CARTER JR,
     PETITIONER

VS.

UNITED STATES OF AMERICA
     RESPONDENT.

\*

\*

\*

\*

\*

\*

CASE NO. CR-02-07-N
CIVIL NO.  2-05-CV-61-F

*2:05CV1016 - MEF*

---

MOTION IN SUPPORT OF MEMORANDUM OF LAW FOR LEAVE TO AMEND PURSUANT TO
FED. R. CIV. P. RULE 15(C) TO PETITIONER'S INITIAL SECTION 2255 MOTION

---

COME NOW Petitioner Jimmy Carter Jr. in the Above Styled Case pro-se, moves
this court to GRANT his Motion to AMEND "Exhibti Attachment (H)" to Petitioner's
initial brief of his section 2255 Motion Pursuant to Fed. R. Civ. P. Rule 15(C) to be
considered as Timely when it relates back to the Date of the Original pleadings and
arrising out of the Same Set of Facts in Petitionet's initial § 2255 Motion pending. See
Dean V. United States, 278 F.3d 1218 (11th cir. 2002).

"Exhibit Attachment (H)" to Amend will relate back to Petitoner's Summary Argument
No. (6)" on pages 17, 18, 19, 20, 21 and 22. See also "Exhibit (G)"letter to Counsel
Madison and that will relate back to Petitioner's response to Counsel Donald Madison
Affidavit showing proof to this court or Judge that Counsel Madison Were in Fact AWARE of
the BLAKELY V. WASHINGTON,124 S.Ct. 2531 (2004) BOOKER V UNITED STATES, 125 S.Ct.738 (2005)
Land Mark decision Long before May 25, 2005 of Petitioner's Letter's to Counsel Madison,
and were AWARE of Petitioner's Discussion and REQUEST of the Petitioner for Counsel
Madison to AMEND BLAKELY, BOOKER to my Appeal while pending Direct Review that was
AUTOMATICLY RETROACTIVELY to Petitioner's Case. See "Exhibit Attachment (H)".



To: Donald Madison

Due to the incidents that have occured over the past 12 months while I was on my appeal process, you told me when Blakely vs. Washington was ruled on that I had no Blakely issue and you based your opinion on that.Because of the U.S. vs Reese case (11th circuit was denied)and you never supplemented Blakely on my En Banc brief and during the Booker decision you never filed a writ of cert. on my behalf, then 2 days before my case would have been finalized you filed a rule 35 motion to the courts and alledged Blakely & Booker after you told me while I was pending En Banc it did not apply and abandoned the issue,then Judge Coody after reviewing the rule 35 motion construed it as a 2255, and alledged the rule 35 motion was untimely.

So I feel that out of all of this it would be in my best interest to ask you to file a motion to the District Court and resign off of the case and I also ask that you file a motion to withdraw the rule 35 motion under United States vs Castro 540 us, 157 led2d 778, 124 S.Ct-.

I'm sorry things did not work out for us but I'm doing whats in my best interest.

Thank You,
Jimmy Carter

Summary attatched (See the following page)

CERTIFICATE OF SERVICE

I Jimmy Carter Jr. hereby certify that a true and correct copy of the forgoing has been served upon Attorney Donald Madison this 25 day of MAY 2005, through the U.S. postal service, postage pre paid.

Respectfully Submitted

Mr. Jimmy Carter Jr.
10986-002
P.O.BOX 34550
MEMPHIS, TN 38184-0550

## CERTIFICATE OF SERVICE

I Jimmy Carter Jr. hereby Certify that a True and correct copy of the foregoing MOTION TO AMEND TO PETITIONER'S INITIAL BRIEF has been served upon the United States District Court of Alabama, Middle District of Alabama, Northern Division, P.O. Box 711 Montgomery Alabama 28101-0711; And The United States Attorney's Office, Todd Brown, P.O. Box 197 Montgomery, Alabama 36101-0197 through the U.S. postal Service, postage pre-paid this 27 day of February 2006.

RESPECTFULLY SUBMITTED,

Mr. Jimmy Carter Jr.
Reg. No 10986-002
P.O. Box 34550
Memphis, TN. 38184