IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA           )
                                    )
        v.                          )    CIVIL ACTION NO. 2:05cv1016-MEF
                                    )
JIMMY CARTER, JR.                   )

**ORDER ON MOTION**

On March 3, 2006, the movant filed a pleading (Doc. # 20) styled as a "Motion in

Support of Memorandum of Law for Leave to Amend Pursuant to Fed.R.Civ.P. Rule 15(c)

to Petitioner's Initial Section 2255 Motion."  This court construes this pleading as a motion

for leave to file Exhibit H in support of the movant's § 2255 motion.  Upon consideration of

this motion, and for good cause, it is

ORDERED that this motion is GRANTED.

Done this 6th day of March, 2006.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE