IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIM CARTER, PRO SE PETITIONER | CIVIL NO. 2:05 cv 1016 MEF WO |
| vs. | * |
| UNITED STATES OF AMERICA, RESPONDENT. | * |

NOTICE OF APPEAL AND REQUEST
FOR CERTICATE OF APPEALABILITY
IF NEEDED

NOTICE IS HEREBY GIVEN THAT PETITIONER, JIM CARTER JR., will appeal the United States Court of Appeal, for the Eleventh Circuit the decision of this court dated the 6th Day of March, 2008 denying petitioner's 2255 motion, without addressing petitioner's fourth (4) claim of ineffective assistance of counsel against counsel (MAURICE BELL) and not giving favorable notice of evidentiary hearing on Magistrate Judge recommendation concerning petitioner criminal history points. SEE **GLOVER vs. UNITED STATES**, 531 U.S. 198, 148 L.ED. 2d 604, 121 S.CT. 696 (2001)

(1) Petitioner argues that, counsel (MAURICE BELL) constitued ineffective assistance of counsel at trial and sentencing as alleged in petitioner's fourth (4) claim. Counsel (MAURICE BELL) failed to preserve petitioner Fifth and Sixth Amendment rights to jury trial and caused the petitioner to suffer an increase in his sentence on Judge-Found facts of sixty-(60) kilo of crack-cocaine, which were

not charged in the indictment, submitted to a jury, nor proved beyond a reasonable doubt as required and set forth in the **APPRENDI** rule, which placed the petitioner offense level at 38 criminal history VI resulting in 360 months to Life.

The petitioner indictment charged (50) grams of crack cocaine and the jury verdict found the petitioner guilty of the (50) grams of crack cocaine alleged in the indictment. The petitioner sentence should have been 210 to 262 months at level 32 criminal history IV, giving petitioner a reduction of more than five (5) years. SEE UNITED STATES vs. GLOVER, 531 U.S. 198, 148 L.ED. 2d 604, 121 S.CT. 696 (2001)

The petitioner's ineffective assistance of counsel claim was not addressed on the merits by the Magistrate Judge (C.Coody) or trial court Judge (MARK FULLER) and for this cause the petitoner is asking the court to reconsider its denial of his 2255 motion and rule on its merits or grant the petitioner a Certificate of Appealability, if any is needed on the claim presented herein. (2) Petitioner argues that the Magistrate Judge (C.Coody) conceded that petitioner counsel (MAURICE BELL) errored in objecting to the contents in the P.S.I. REPORT at sentencing as alleged in the Magistrate recommendation (DOC#22) page 16 Appendix.

The petitioner avers that, he made a clear showing of ineffective assistance of counsel **UNITED STATES vs. GLOVER, 531 U.S. 198, 148 L.ED. 2d 604, 121 S.CT. 696 (2001)** and **STRICKLAND vs. WASHINGTON** Supra and for that good cause an evidentiary hearing should be reconsidered.

Petitioner (CARTER) ask this Honorable Court to review it's final judgment and address his fourth (4) claim of Constitutional ineffective assistance of counsel against counsel(MAURICE BELL), as required in STRICKLAND vs. WASHINGTON.

See Exhibit (A) Petitioner Indictment

See Exhibit (B) Jury Verdict

### CERTIFICATE OF SERVICE

I, JIM CARTER, hereby cerify that I have served a true and correct copy of following:

NOTICE OF APPEAL AND REQUEST FOR
CERTIFICATE OF APPEALABILITY
IF NEEDED

which is deemed filed at the time it was delivered to prison authorities for forwarding to court, HOUSTON vs. LACK, 101 L.ED. 2d 245 (1988), upon the court and parties to ligation and his attorney of record, by placing the same in a sealed, postage prepaid envelope addressed to: TODD BROWN, UNITED STATES ATTORNEY FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION, P.O. BOX 711, MONGOMERY, ALABAMA 36101-0711

and deposited same in the UNITED STATES POSTAL MAIL at F.C.I MEMPHIS, TENESSEE, P.O. BOX 34550, 38134-0550, on this ___13___ DAY OF ___March___, 2008.

RESPECTFULLY ___Jim Carter Jr.___,