FILED "(A)"

EXHIBIT (A)

AUG 15 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. ___02-07-N___ |
| v. | ) | [21 USC 846; |
| | ) | 21 USC 841(a)(1)] |
| JIMMY CARTER, JR., and | ) | |
| ARTRONE CHEATHAM, a/k/a, "Moochie" ) | | SUPERSEDING INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from in or about the month of January, 1999, and continuing up to and including the month of January, 2002, the exact dates being unknown to the Grand Jury, in Montgomery and Elmore counties, in the Middle District of Alabama, and elsewhere, the defendants,

JIMMY CARTER, JR., and
ARTRONE CHEATHAM, a/k/a,
"Moochie",

did knowingly and intentionally combine, conspire, confederate, and agree together and with persons both known and unknown to the Grand Jury to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

That on or about July 25, 2001, in Montgomery County, in the Middle District of Alabama, the defendant,

JIMMY CARTER, JR.,

A True Copy.
9-10, 20 03
S. District Court,
District of Alabama
Deputy Clerk 88

54