Exhibit (B)

**FILED**
**JUN 19 2003**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 02-07-N |
| | ) | |
| JIMMY CARTER, JR. | ) | |

## VERDICT

1.  We, the Jury, find the Defendant Jimmy Carter, Junior:

    _____ Not Guilty
    \_\_\_X\_\_\_ Guilty

    as charged in Count One of the superseding indictment.

    [NOTE: If you find the Defendant "Guilty" as charged in Count One, proceed to paragraph 1(a) below. If you find the Defendant "Not Guilty" as charged in Count One, you need not consider paragraph 1(a) below, but should proceed to # 2.]

    1(a). We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

    Cocaine base ("crack") cocaine) - -
    (i)   Weighing 50 grams or more       ☒
    (ii)  Weighing 5 grams or more         ☐
    (iii) Weighing less than 5 grams       ☐

2.  We, the Jury, find the Defendant Jimmy Carter, Junior:

    _____ Not Guilty
    \_\_\_X\_\_\_ Guilty

    as charged in Count Two of the superseding indictment.

    [NOTE: If you find the Defendant "Not Guilty" as charged in Count Two, proceed to

253

paragraph 2(a) below. If you find the Defendant "Guilty" as charged in Count Two, you need not consider paragraph 2(a) below, but should proceed to # 3.]

    2(a).    We, the Jury, having found the Defendant Jimmy Carter, Junior not guilty of the offense as charged in Count Two, now find the Defendant

        _____ Not Guilty
        _____ Guilty

Of the lesser included offense in Count Two of possession of a controlled substance.

3.    We, the Jury, find the Defendant Jimmy Carter, Junior:

        \_\_\_X\_\_\_\_\_ Not Guilty
        _____ Guilty

as charged in Count Three of the superseding indictment.

[NOTE: If you find the Defendant "Not Guilty" as charged in Count Three, proceed to paragraph 3(a) below. If you find the Defendant "Guilty" as charged in Count Three, you need not consider paragraph 3(a) below, but proceed to # 4.]

    3(a).    We, the Jury, having found the Defendant Jimmy Carter, Junior not guilty of the offense as charged in Count Three, now find the Defendant

        _____ Not Guilty
        \_\_\_X\_\_\_\_\_ Guilty

Of the lesser included offense in Count Three of possession of a controlled substance.

4.    We, the Jury, find the Defendant Jimmy Carter, Junior:

        _____ Not Guilty
        \_\_\_X\_\_\_\_\_ Guilty

as charged in Count Four of the superseding indictment.

[NOTE: If you find the Defendant "Guilty" as charged in Count Four, proceed to paragraph 4(a) below. If you find the Defendant "Not Guilty" as charged in Count Four, you need not consider paragraph 4(a) below, but should proceed to # 5.]

    4(a).    We, the Jury, having found the Defendant guilty of the offense charged in Count Four, further find with respect to that Count that he possessed with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

        Cocaine base ("crack" cocaine) - -
- (i) Weighing 50 grams or more    [X]
- (ii) Weighing 5 grams or more    [ ]
- (iii) Weighing less than 5 grams    [ ].

5.    We, the Jury, find the Defendant Jimmy Carter, Junior:

    _____ Not Guilty
    \_\_\_X\_\_\_ Guilty

as charged in Count Five of the superseding indictment.

SO SAY WE ALL.

Date: 19 June 03

*Betty L. Johnson*
Foreperson