IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIM CARTER, PRO SE
    PETITIONER,

vs.

UNITED STATES OF AMERICA,
    RESPONDENT.

& CIVIL NO.

2:05 cv 1016MEF WO

&

&

MOTION FOR LEAVE TO FILE APPEAL IN FORMA PAUPERIS
(Affidavit of Indigency Attached)

COMES NOW, JIM CARTER, (PETITIONER AND PRO SE), as himself Sui Juris, and respectfully moves this Honorable Court for an order authorized him to file an appeal in the above-entitled cause to the United States Court of Appeals for the Eleventh Circuit in forma pauperis, without first being required to pre-pay fees and costs or to give security therefore.

In support of his motion the petitioner would show as follows:

(1) Petitioner is a federal prisoner currently confined to the federal correctional institution at Memphis, Tennessee as a result of his imprisonment, he is indigent and cannnot afford the high cost of an appeal in this cause

(2) Petitioner seeks to appeal from the denial of his *2255, in which the Magistrate Judge filed a recommendation (Doc#22) in this case on January 31,2008 and did not address petitioner's fourth (4) claim on its merits. SEE MAGISTRATE RECOMMENDATION PAGE (8)--(APPENDIX 6).

1.

Petitioner's counsel (MAURICE BELL), constituted ineffective assistance of counsel for failure to **challenge** and **object** to the allegations of factual inaccuracy in the P.S.I. REPORT as required under Fed.R.CRIM.P.32(1)(3)(B) and the guidelines section 6A1.3. The Magistrate Judge never addressed this claim on its merits and the petitioner objected to this error to the trial court Judge (MARK FULLER) on February 12, 2008. See filed objection (DOC#23), page 10,11,12, and the trial court Judge (Mark Fuller) never addressed the petitioner's fourth (4) claim of ineffective assistance of counsel against (MAURICE BELL). Petitioner avers that, he has shown a clear case of ineffective assistance of counsel against counsel (MAURICE BELL). Under STRICKLAND, 466 U.S. 687 and for this good cause a evidentary hearing should be reconsidered.

(3) Petitioner seeks to Appeal from the denial of his 2255 motion where the Magistrate Judge conceded that the petitioner counsel (MAURICE BELL) erred in not objecting to the P.S.I. REPORT at sentencing. SEE (DOC#22) page 16 Appendix. The petitioner avers that, he has made a clear showing of ineffective assistance of counsel under GLOVER vs UNITED STATES 531 U.S. 198, 148 L.ED. 2d 604, 121 S.CT. 696 (2001).

In for this cause an evidentiary hearing should be reconsider. Petitioner also ask this Honorable Court to allow him to reinerate his claims raised on his orginal 2255 motion on appeal if necessary.

Petitioner prays that this Court grant him leave to file his appeal in forma pauperis. (Affidavit attached).

RESPECTFULLY SUBMITTED,

CERTIFICATE OF SERVICE

I, JIM CARTER, hereby cerify that I have served a true and correct copy of the following:

MOTION OF LEAVE TO FILE
APPEAL IN FORMA PAUPERIS

which is deemed filed at the time it was delivered to prison authorities for forwarding to court, HOUSTON vs. LACK, 101 L.ED. 2d245 (1988), upon the court and parties to ligation and his attorney of record, by placing same in a sealed, postage prepaid envelope addressed to: TODD BROWN, UNITED STATES ATTORNEY FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION, P.O. BOX 711, MONGOMERY, ALABMA 36101-0711

and deposited same in the UNITED STATES POSTAL MAIL AT F.C.I. MEMPHIS,MEMPHIS,TN. P.O. BOX 34550, 38134-0550, on this ___13___ DAY OF ___March___, 2008.

RESPECTFULLY ___Jim Carter Jr.___,

DC 12 (Rev 8/82)

**APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER**

| United States District Court | DISTRICT Middle District of Alabama |
|---|---|
| CASE TITLE<br>Jimmy Carter Jr v. United States of America | DOCKET NO. 2:05 cv 1016 MEF (wo)<br>MAGISTRATE CASE NO. |

I, __Jimmy Carter Jr__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: Petitioner Seeks to Appeal from the Denial of his 2255 motions where magistrate Judge (C. Coody) Nor Trial Court Judge (M. Fuller) addressed his Constitutional Claims of Ineffective-Assistance-of-Counsel Against (Maurice Bell) See, (4) fourth Claim in original 2255 and Review The Judges Response where They Didn't Address

In further support of this application, I answer the following questions.

1. Are you presently employed?        Yes ☒   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   In Prison.  $11.00 A Month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment        Yes ☐   No ☐
   b. Rent payments, interest or dividends?                        Yes ☐   No ☐
   c. Pensions, annuities or life insurance payments?              Yes ☐   No ☐
   d. Gifts or inheritances?                                       Yes ☐   No ☐
   e. Any other sources?                                           Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

My Wife And Mother Send ME $50.00 Every other Month to Call Home A By Stamps to a Write when I Don't Have Enough Money to Call And Also Buy Personal Hygeins (soap, Deoderant, Toothpaste)

3. Do you own any cash, or do you have money in checking or savings account?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/13/08                    Jim Carter Jr.
             (Date)                     Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant herein has the sum of $ 55.29 on account to his credit at the FCI Memphis institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____<br>United States Judge     Date | _____  _____<br>United States Judge     Date<br>or Magistrate |

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10986002 | Current Institution: | Memphis FCI |
| Inmate Name: | CARTER, JIMMY | Housing Unit: | MEM-D-B |
| Report Date: | 03/12/2008 | Living Quarters: | D05-310U |
| Report Time: | 5:56:55 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3269 |
| PAC #: | 110339873 |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 1/12/2004 |
| Local Account Activation Date: | 1/13/2004 4:41:43 AM |
| Sort Codes: | |
| Last Account Update: | 3/12/2008 3:17:10 PM |
| Account Status: | Active |
| Phone Balance: | $7.71 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $55.29 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $55.29 |
| National 6 Months Deposits: | $1,420.57 |
| National 6 Months Withdrawals: | $1,863.35 |
| National 6 Months Avg Daily Balance: | $118.33 |
| Local Max. Balance - Prev. 30 Days: | $186.54 |
| Average Balance - Prev. 30 Days: | $73.38 |

h            e        b  e

Jim Carter Jr. 10986-002
Federal Correctional Institution
P.O. Box 34550
Memphis, TN 38184-0550



CERTIFIED MAIL

7006 2150 0004 5357 7969

Middle District of Alabama
Office of the Clerk (Judge: Mark)
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-071

1101 JOHN A. DENIE RD.
MEMPHIS, TN 38134 DATE: 3/14/08
                                7:21 PM

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification. If the writer
encloses correspondence for forwarding to another
addressee, please return the enclosure to the above address.