Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

September 05, 2008

**Appeal Number: 08-11248-B**
Case Style: Jimmy Carter, Jr. v. USA
District Court Number: 05-01016 CV-MEF (02-00007 CR-MEF)

TO:  Jimmy Carter, Jr. (10986-002)

CC:  Debra P. Hackett

CC:  Todd A. Brown

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 05, 2008

Jimmy Carter, Jr. (10986-002)
Memphis FCI
PO BOX 34550
MEMPHIS TN 38134-0550

**Appeal Number: 08-11248-B**
Case Style: Jimmy Carter, Jr. v. USA
District Court Number: 05-01016 CV-MEF (02-00007 CR-MEF)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers /scw (404)335-6181

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-11248-B

---

```
                                FILED
                         U.S. COURT OF APPEALS
                           ELEVENTH CIRCUIT
                              SEP -5 2008
                            THOMAS K. KAHN
                                CLERK
```

JIMMY CARTER, JR.,

                                            Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                            Respondent-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before CARNES and MARCUS, Circuit Judges.

BY THE COURT:

    Appellant has filed a motion for reconsideration of this Court's order dated July 14, 2008, denying his motion for a certificate of appealability and denying as moot his motion for leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Walker v. Jones, 10 F.3d 1569, 1572 (11th Cir. 1994).

    Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.