IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1016-MEF |
| | ) |
| JIMMY CARTER, JR. | ) |

# **O R D E R**

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1) The objection (Doc. #44) filed by the defendant on February 10, 2014 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #42) entered on January 27, 2014 is adopted;

(3) That Carter's motion for relief from judgment (Doc. #37), pursuant to Fed.R.Civ.P. 60(b)(6), is DENIED.

DONE this the 18th day of February, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE