IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:05-cv-1016-WHA |
| | ) | |
| JIMMY CARTER, JR. | ) | (WO) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the United States of America and against the Defendant, Jimmy Carter, Jr., and the motion for relief from judgment is DENIED.

DONE this 23rd day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE